The defendant, the State of Illinois, appears and files a Plea to Jurisdiction and the court now being advised in the premises, is of the opinion that said House of Correction is not a sub-division of the State of Illinois under the control of the Department of Public Welfare and that this is not a claim that can be reviewed by this court. Therefore the plea of the defendant is sustained and claim dismissed.

(No. 962—⬛)

AMERICAN CAN COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 16, 1930.*

PAUL O'DONNELL, for claimant.

OSCAR E. CARLSTROM, Attorney General; DAVID J. KADYK, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

Now comes Oscar E. Carlstrom, Attorney General, and makes his motion for dismissal, pursuant to an order to show cause entered by this court on the 13th day of November, A. D. 1930, wherein the claimant was ordered to show cause on or before December 3rd, 1930, why this case should not be dismissed for want of prosecution.

And it appearing to the court that cause has not been shown by claimant in accordance with said order, it is hereby ordered that the claim be dismissed without an award and the case stricken from the docket.

(No. 1206—⬛)

BROWNING, KING & Co., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed December 16, 1930.*

Vail, Roe & Plamondon, for claimant.

Oscar E. Carlstrom, Attorney General; David J. Kadyk, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

Now comes Oscar E. Carlstrom, Attorney General, and makes his motion for dismissal, pursuant to an order to show cause entered by this court on the 13th day of November, A. D. 1930, wherein the claimant was ordered to show cause on or before December 3rd, 1930, why this case should not be dismissed for want of prosecution.

And it appearing to the court that cause has not been shown by claimant in accordance with said order, it is hereby ordered that the claim be dismissed without an award and the case stricken from the docket.

(Nos. 1214–1240–

American Locomotive Company, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed December 16, 1930.*

William L. Patton and Miles Gray, for claimant.

Oscar E. Carlstrom, Attorney General; David J. Kadyk, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

For the matter of consideration and opinion this court will pass upon both of the above entitled cases as consolidated, as the questions of law involved are the same although the facts are somewhat different.

In No. 1214 the claimant is asking for the return of franchise fees paid during the years 1923, 1924, 1925 and 1926,